IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| HELENA CHEMICAL COMPANY, | * | |
| PLAINTIFF | * | |
| V. | * | |
| | * | CASE NO. 4:19CV00313 SWW |
| TYLER L. HENDERSON, MICHELLE | * | |
| HENDERSON, and TYLER | * | |
| HENDERSON FARMS PARTNERSHIP | * | |
| DEFENDANTS | * | |

## **DEFAULT JUDGMENT**

Consistent with the Order that was entered on this day, the Court hereby enters judgment in favor of Helena Chemical Company against Tyler L. Henderson, Michelle Henderson, and Tyler Henderson Farms Partnership, jointly and severally, in the amount of $119,858.10 plus pre-judgment finance charges from May 25, 2019 at the monthly rate of $1,506.51 per month; costs of $400.00; and reasonable attorney's fees incurred herein in the amount of $1,205.00; plus post-judgment interest, pursuant to 28 U.S.C. § 1961, at the rate of 1.56%, to run from the date of entry of judgment until such time that the total amount of money damages stated herein is satisfied.

IT IS SO ORDERED THIS 3RD DAY OF DECEMBER, 2019.

<u>Susan Webber Wright</u>
UNITED STATES DISTRICT JUDGE